JEAN TEMPLE, PETITIONER-PETITIONER, v. STORCH TRUCKING CO., RESPONDENT-RESPONDENT.

See same case below: 41 *N. J. Super.* 397.

*Mr. Robert C. Gruhin* for the petitioner.

*Messrs. Toner, Crowley, Woelper & Vanderbilt* and *Mr. Willard G. Woelper* for the respondent.

December 3, 1956.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. EDWARD HINTENBERGER, DEFENDANT-RESPONDENT.

See same case below: 41 *N. J. Super.* 597.

*Mr. Guy W. Calissi* and *Mr. William C. Brudnick* for the petitioner.

*Mr. George F. Losche* for the respondent.

December 3, 1956.   Denied.